**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **HOWARD COHAN,**<br><br>     **Plaintiff,**<br><br>  **v.**<br><br>**OLD NAVY, LLC,**<br><br>     **Defendant.** | **Case No.: 1:23-cv-14417** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. 41(a)(1)(ii), the parties to the above-entitled action hereby stipulate that said action is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs, and waiving all rights of appeal.

**AGREED:**

Dated: December 4, 2024

| HOWARD COHAN | OLD NAVY, LLC |
|---|---|
| By: */s/ Robert M. Kaplan*<br> Robert M. Kaplan | By: */s/ Jade Yee*<br> Jade Yee |
| Robert M. Kaplan<br>ROBERT M. KAPLAN, P.C.<br>1535 W Schaumburg Road, 204<br>Schaumburg, IL 60194<br>(847) 895-9151<br>rmkap@robertkaplanlaw.com | Jade Yee<br>MORGAN LEWIS & BOCKIUS, LLP<br>110 North Wacker Drive<br>Chicago, IL 60606<br>(312) 324-1000<br>jade.yee@morganlewis.com |
| *Counsel for Howard Cohan* | *Counsel for Old Navy, LLC* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I caused a copy of the foregoing document to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic service to all counsel of record.

*/s/ Jade Yee*